IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEVANTE L. LUNDY,**  *Plaintiff,*  v.  **Deputy FERRERI,** *et al.,*  *Defendants.* | **CIVIL ACTION NO. 5:19-cv-00510-TES-CHW** |

**ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 60] to grant Defendants' motions for summary judgment [Docs. 47, 55]. Plaintiff has not filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's Recommendation. [Doc. 60 at p. 14]. Thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 60] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendants' motions for summary judgment. The Clerk of Court is **DIRECTED** to **ENTER** Judgment and **CLOSE** this case.

**SO ORDERED**, this 16th day of August, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
